THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　　　Defendant. | Case No. 3:18-cv-00368-TSZ<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>***CLERK'S ACTION REQUIRED***<br><br><u>Noted for consideration:</u><br>April 4, 2018 |

This matter having come before the Court on the Stipulated Motion to Continue Deadline to Respond to Complaint, docket no. 7, and the Court finding good cause exists to grant the motion, it is hereby

ORDERED Defendant Chase Bank USA, N.A.'s deadline to respond to Plaintiff's complaint shall be continued to May 9, 2018.

IT IS SO ORDERED.

DATED this 13th day of April, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING DEADLINE TO RESPOND TO
COMPLAINT - 1
Case No. 3:18-cv-00368-TSZ

122006.0161/7260285.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC


By: *s/ Abraham K. Lorber*
John S. Devlin III, WSBA No. 23988
devlinj@lanepowell.com
Abraham K. Lorber, WSBA No. 40668
lorbera@lanepowell.com

1420 Fifth Ave., Suite 4200
Seattle, WA 98101
Telephone: 206.223.7000
Facsimile: 206.223.7107

*Attorneys for Defendant Chase Bank USA, N.A.*


CHRISTOPHER E. GREEN, attorney at law


By: *s/ (via email authorization)*
Christopher E. Green, WSBA No. 19410
chris@myfaircredit.com

225 106th Ave NE
Bellevue, WA 98004
Telephone: 206-686-4558

*Attorneys for Plaintiff Abraham Leavitt*

ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT - 2
Case No. 3:18-cv-00368-TSZ

122006.0161/7260285.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107