UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABRAHAM LEAVITT,

        Plaintiff,

  v.

CHASE BANK USA NA,

        Defendant.

C18-368 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by June 20, 2018, why this action should not be dismissed for failing to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement signed on March 20, 2018, docket no. 5. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of June, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1