THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ABRAHAM LEAVITT,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

Case No. 2:18-cv-00368-TSZ

**ORDER EXTENDING DISCOVERY MOTION FILING DEADLINE**

This matter having come before the Court on the Stipulated Motion to Extend Discovery Motion filing Deadline, docket no. 17, it is hereby

ORDERED that the deadline to file motions related to discovery in this matter is extended from October 4, 2018, to October 18, 2018. All other dates remain as set in the Court's June 25, 2018, minute order, docket no. 16.

DATED this 4th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER EXTENDING DISCOVERY MOTION FILING
DEADLINE - 1
Case No. 2:18-cv-00368-TSZ

122006.0161/7441942.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC


By: *s/ Abraham K. Lorber*
    John S. Devlin III, WSBA No. 23988
    devlinj@lanepowell.com
    Abraham K. Lorber, WSBA No. 40668
    lorbera@lanepowell.com

    1420 Fifth Ave., Suite 4200
    Seattle, WA 98101
    Telephone: 206.223.7000
    Facsimile: 206.223.7107

*Attorneys for Defendant Chase Bank USA, N.A.*


CHRISTOPHER E. GREEN, attorney at law
FRANCIS & MAILMAN

By: *s/ (via email authorization)*
    Christopher E. Green, WSBA No. 19410
    chris@myfaircredit.com
    Joseph L. Gentlicore, p*ro hac vice*

    jgentilcore@consumerlawfirm.com
    225 106th Ave NE
    Bellevue, WA 98004
    Telephone: 206-686-4558

*Attorneys for Plaintiff Abraham Leavitt*

ORDER EXTENDING DISCOVERY MOTION FILING DEADLINE - 2
Case No. 3:18-cv-00368-TSZ

122006.0161/7441942.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107